UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Quintel A. West,

           Plaintiff,      Case No. 13-14551
                                       Hon. Judith E. Levy
v.                                       Mag. Judge Mona K. Majzoub

Saginaw Township Police
Department, *et al.*,

           Defendants.

_____/

## ORDER ADOPTING THE REPORT AND RECOMMENDATION [35] ON THE CROSS-MOTIONS FOR SUMMARY JUDGMENT [29, 30]

     Before the Court is Magistrate Judge Majzoub's Report and Recommendation (Dkt. 35) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 30) and grant defendant's motion for summary judgment. (Dkt. 29.) The parties were required to file specific written objections within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. Nonetheless, the Court has reviewed this case in its entirety, and upon completion of that, is adopted, plaintiff's motion for summary judgment

(Dkt. 30) is denied, and defendant's motion for summary judgment (Dkt. 29) is granted. The case is dismissed.[1]

IT IS SO ORDERED.

Dated: April 19, 2016  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 19, 2016.

s/Felicia M. Moses  
FELICIA M. MOSES  
Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).